No. 90–7275. LEWIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7284. CHAMBERS v. PRUDENTIAL INSURANCE COMPANY OF AMERICA. C. A. 7th Cir. Certiorari denied.

No. 90–7293. BORER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7438. COZZETTI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7558. THOMAS v. NEBRASKA. Dist. Ct. Buffalo County, Neb. Certiorari denied.

No. 90–7559. WUNDER v. WUNDER. Ct. Sp. App. Md. Certiorari denied.

No. 90–7561. LEE v. GODINEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7565. MCCONE v. SAGEBRUSH PROPERTIES, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–7568. COOPER v. EBERLE ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–7573. DAVIS v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY ANNEX. C. A. 2d Cir. Certiorari denied.

No. 90–7577. BASHAM v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 90–7580. VASTELICA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–7583. ZIEGLER v. CHAMPION, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 90–7587. HUGHES v. WASHINGTON POST CO. C. A. 4th Cir. Certiorari denied.

No. 90–7589. LONGSTRETH v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 90–7593. SUTTON v. ESTATE OF SUTTON ET AL. C. A. 3d Cir. Certiorari denied.